**Willie Ray SPAIN, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 20888.

United States Court of Appeals
Ninth Circuit.

March 9, 1967.

H. L. Young, San Diego, Cal., for appellant.

Edwin L. Miller, Jr., U. S. Atty., San Diego, Manuel L. Real, U. S. Atty., John K. Van de Kamp, Robert L. Brosio, Asst. U. S. Atty., Asst. Chief Crim. Div., Phillip W. Johnson, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before BARNES, JERTBERG and BROWNING, Circuit Judges.

PER CURIAM:

The judgment of the district court is reversed upon the authority of Weissman v. United States, 373 F.2d 799 (9th Cir. 1967) (No. 19,974, decided February 17, 1967), and for the reasons therein disclosed. Upon remand, the indictment is to be dismissed.